UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
)
        Petitioner, )
  v. )
)
RONALD H. THOMPSON, )
)
        Respondent. )
_____)

**PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service ("Service") summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

II

S. McClanahan is a revenue officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Deerfield Beach, Florida. As a revenue officer, she is

authorized to issue Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602.

III

The respondent, Ronald H. Thompson, currently resides in Coral Springs, Florida, which is within the jurisdiction of this Court.

IV

Revenue Officer S. McClanahan is conducting an investigation for the purpose of determining the federal income tax liabilities of the respondent (Form 1040) for the years 2005, 2006, 2007 and 2008 and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws for the periods under investigation.

V

As part of the investigation, on November 24, 2009, Revenue Officer McClanahan issued an Internal Revenue Service summons (Form 6638) directing the respondent to appear before the revenue officer, or any other designated agent of the Internal Revenue Service, on December 23, 2009 to give testimony and to produce for examination and copying certain books, records, papers, or other data, as described the said summons.  An attested copy of the summons was served on the respondent by Revenue Officer

McClanahan on November 24, 2009, by handing an attested copy of the summons to the person to whom it was directed. A copy of the summons is attached to the declaration of Revenue Officer McClanahan as Exhibit A-1 and incorporated herein by reference.

VI

On December 23, 2009, the respondent did not appear in response to the summons and did not provide testimony or documentation as requested in the summons.

VII

On February 1, 2010, Associate Area Counsel sent a letter to the respondent offering another opportunity to appear, this time before Revenue Officer McClanahan on February 16, 2010, to satisfy the summons. A copy of that letter is attached to the declaration as Exhibit A-2. On March 30, 2007, in response to this correspondence, the respondent failed to appear. The respondent filed his 2005 and 2006 income tax returns.

VIII

The respondent's refusal to comply with the summons with respect to the years 2007 and 2008 continues to the date of this petition.

IX

The respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation with respect to the years 2007 and 2008.

X

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, and other data sought by the summons for the years 2007 and 2008, in order to determine the Federal income tax liabilities of Ronald H. Thompson (Form 1040) for the years 2007 and 2008.

XI

1.  Except for a Wage Tax Statement (Form W-2) which may be in the possession of the Internal Revenue Service, the information, books, records, papers, and other data sought by the summons for the years 2007 and 2008, are not already in the possession of the Internal Revenue Service.

XII

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

XIII

A Justice Department referral, as defined by § 7602(c)(2) of the Internal Revenue Code of 1986, is not in effect as to the federal income tax liabilities of Ronald H. Thompson for the years 2007 and 2008.

WHEREFORE the petitioner, respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why he should not comply with and obey the aforementioned summons with respect to Ronald H. Thompson for the tax years 2007 and 2008 and each and every requirement thereof;

2. That the Court enter an order directing the respondent to appear before Revenue Officer S. McClanahan, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer McClanahan and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data concerning Ronald H. Thompson for the tax years 2007 and 2008 as demanded by the summons;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as it deems just and proper; and

5. That this Court further order that petitioner be given thirty (30) days from the date of the Order within which to serve respondent with the same.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

_Marilynn K. Lindsey_ _____
Marilynn K. Lindsey
Assistant U.S. Attorney
Fla. Bar NO.: 230057
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL  33394
Marilynn.Lindsey@usdoj.go