## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Petitioner, | ) |
| v. | ) |
| RONALD H. THOMPSON, | ) |
|         Respondent. | ) |

### DECLARATION

I, S. McClanahan, Revenue Officer, hereby declare as follows:

    1.    I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Deerfield Beach, Florida. As a Revenue Officer, I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

    2.    In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the Federal income tax liabilities (Form 1040) of Ronald H. Thompson for the years 2005, 2006, 2007 and 2008.

    3.    In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., Revenue Officer McClanahan issued on November 24, 2009, an Internal Revenue Service summons (Form 6638) to Ronald H. Thompson to give testimony and to produce for examination books, papers, records,

EXHIBIT A

or other data as described in said summons. The summons is attached to the petition as Exhibit A-1.

4. On November 24, 2009, Revenue Officer McClanahan handed an attested copy of the summons to the person to whom it was directed. Service of the summons is evidenced by the certificate of service on the reverse side of the summons.

5. On December 23, 2009, the respondent, Ronald H. Thompson, did not appear in response to the summons.

6. On February 1, 2010, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear before Revenue Officer McClanahan on February 16, 2010, to satisfy the summons. The respondent filed his 2005 and 2006 income tax returns and he did not appear at the scheduled appointment. The respondent's refusal to comply with the summons with respect to the years 2007 and 2008 continues to the date of this petition. A copy of the letter is attached hereto as Exhibit A-2.

7. The respondent has in his possession, custody or control information, books, records, papers, and other data which may be relevant and material to the investigation.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the Federal income tax liabilities of Ronald H. Thompson for the years 2007 and 2008.

9. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10. A Justice Department referral, as defined by 26 U.S.C. Section 7602, is not in effect with respect to Ronald H. Thompson for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2010.

_____
S. McClanahan
Revenue Officer

# Summons

## Income Tax Return

**In the matter of** RONALD H. THOMPSON
**Internal Revenue Service** *(Identify Division)* Small Business / Self Employed
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed - Area 23
**Periods:** DECEMBER 31, 2005; DECEMBER 31, 2006; DECEMBER 31; 2007 & DECEMBER 31, 2008

**The Commissioner of Internal Revenue**

**To:** RONALD H. THIMPSON
**At:** 2929 N. UNIVERSITY DRIVE, SUITE 104, CORAL SPRINGS, FL 33065

You are hereby summoned and required to appear before S. MCCLANAHAN, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2005, 2006, 2007 & 2008

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2005, 2006, 2007 & 2008

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

300 LOCK ROAD STE 301, STOP 5240, DEERFIELD BEACH, FL 33442- - (954)725-1640

**Place and time for appearance:** At 300 LOCK ROAD STE 301, STOP 5240, DEERFIELD BEACH, FL 33442-



**IRS**

on the 23rd day of December, 2009 at 10:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 24th day of November, 2009

Department of the Treasury
Internal Revenue Service       S. MCCLANAHAN  /s/                    REVENUE OFFICER
www.irs.gov                    Signature of issuing officer            Title
Form 6638 (Rev.10-2006)
Catalog Number 61828W          _____ _____
                               Signature of approving officer *(if applicable)*   Title

**Original -- to be kept by IRS**

EXHIBIT A-1



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 11/24/2009

Time: 12:00 PM

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

Ronald H. Thompson

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

Signature: [signature]    Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signature]    Title: Revenue Officer

Catalog No. 61828W    Form **6638** (Rev. 10-2006)

NJK



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND ROAD, SUITE 300, STOP 8100
PLANTATION, FLORIDA 33324
(954) 423-7931
FAX (954) 423-7930

FEB - 1 2010

CC:SB:3:FTL:GL-104607-10
NJKlahr

Ronald H. Thompson
Suite 104
2929 N. University Drive
Coral Springs, FL 33065

In re: Ronald H. Thompson
U.S. Individual Income Tax Return (Form 1040)
Tax Years: 2005 through 2008, inclusive
Date Summonses Served: November 24, 2009
Appearance Date: December 23, 2009

Dear Mr. Thompson:

Small Business/Self-Employed Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on November 24, 2009, a copy of which is enclosed. Under the terms of the summons, you were required to appear before Revenue Officer S. McClanahan on December 23, 2009. Revenue Officer McClanahan is seeking information and documents pertaining to your un-filed U.S. Individual Income Tax returns for tax years 2005, 2006, 2007 and 2008.

Legal proceedings may be brought against you in the United States District Court for not complying with the summonses. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: S. McClanahan
    Date: **February 16, 2010**
    Time: **10:00 a.m.**
  Address: Internal Revenue Service
         300 Lock Road, Suite 301, Stop 5240
         Deerfield Beach, FL 33442
         (954) 725-1640

Any books, records or other documents called for in the summons should be produced at that time. If you have any

EXHIBIT A-2

CC:SB:3:FTL:GL-104607-10

questions, please contact Revenue Officer S. McClanahan at 954 725-1640.

                              Sincerely,

                              WILLIAM J. WILKINS
                              Acting Chief Counsel

                    By: _____
                              KENNETH A. HOCHMAN
                              Associate Area Counsel
                              (Small Business/Self-Employed)
                              IRS ID#58-06770

Enclosure:
    Copy of summons

cc: R.O. S. McClanahan